

Certified to be a true and correct copy of original filed in this District
Dated: __03/01/2022__
MELISSA AUBIN, Clerk of Court
U.S. District Court of Oregon
By: __s/F. Patterson__
Pages __1__ Through __2__

# UNITED STATES DISTRICT COURT
for the
District of Oregon
Portland Division

**ORIGINAL**

In the Matter of the Seizure of

**FUNDS UP TO THE AMOUNT OF $137,900.00 CONTAINED WITHIN UNITUS COMMUNITY CREDIT UNION ACCOUNT NUMBER 227829, BELONGING TO SALWAN ADJAJ**

Case No. 3:22-mc-149

## SEIZURE WARRANT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

TO: SPECIAL AGENT Matthew Vollans, with the United States Secret Service (USSS), and any authorized officer of the United States: Affidavit having been made before me by Special Agent Matthew Vollans who has reason to believe that in the District of Oregon there is now certain property, which is subject to forfeiture to the United States, namely:

**FUNDS UP TO THE AMOUNT OF $137,900.00 CONTAINED WITHIN UNITUS COMMUNITY CREDIT UNION ACCOUNT NUMBER 227829, BELONGING TO SALWAN ADJAJ**

which is subject to seizure pursuant to 18 U.S.C. § 981(b), and 21 U.S.C. § 853(f), and subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 984, and 28 U.S.C. § 2461, concerning violations of 18 U.S.C. § 1343.

I am satisfied that the affidavit and any recorded testimony establishes probable cause to believe that the property so described is subject to seizure, that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture, and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

The above-referenced financial institution is hereby commanded to effect the seizure of the contents of the above-referenced account, to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, and promptly provide officers or contractors of the United States with the current account balance without any set-offs, fees, or deductions of any kind.

Date and time issued: 2/10/2022 3:53 p.m.

_/s/ Stacie F. Beckerman_
Judge's Signature

at PORTLAND, OREGON

STACIE F. BECKERMAN, U.S. Magistrate Judge
*Printed name and title*

# RETURN

| Case No. 3:22-mc-149 | DATE AND TIME WARRANT EXECUTED: 2-10-2022 4:39pm PST | COPY OF WARRANT AND INVENTORY LEFT WITH: DJ JONES - FRAUD MANAGER |
|---|---|---|

INVENTORY MADE IN THE PRESENCE OF:

RESIDENT AGENT IN CHARGE - JUSTIN BOURNE

INVENTORY OF THE PROPERTY TAKEN AND NAME OF ANY PERSON(S) SEIZED:

$120,238.49 USD

CASHIERS CHECK # 02-000113319

UNITUS COMMUNITY CREDIT UNION

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-28-2022

_Executing officer's signature_

SPECIAL AGENT MATTHEW VOLLANS
_Printed name and title_